## MOON agt. RAWSON etc.

Robert Moone once of Boston but now of Roade Jsland or his Lawfull Attourny or Attournies plaint. ag<sup>t</sup> William Rawson and John Pell or either of them Def<sup>ts</sup> in an action of the case for refusing to deliver unto Ebenezer Moone Attourny to his Father Robert Moone possession of a house and Land Lying at the South end of Boston neere unto Capt<sup>n</sup> John Hulls house which house and Land is now in the hands & occupation of the afores<sup>d</sup> Rawson & Pell but properly the Estate of the plaint. theire thus refusall being greatly to the plaint<sup>s</sup> damage with all other due damages etc. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

## YEALES ag<sup>t</sup> BRONSDON

Timothy Yeales plaint. ag<sup>t</sup> Robert Bronsdon Def<sup>t</sup> in an action of the case for refuseing to give unto the s<sup>d</sup> Yeales either a deed of Sale for or possession of a parcel of Land Lying in the North end of Boston neere Merrys point which s<sup>d</sup> parcell of Land the s<sup>d</sup> Yeales bought of the s<sup>d</sup> Bronsdon and hath paid him for and yet through the s<sup>d</sup> Bronsdons Neglect cannot make improvement of which is greatly to the plaint<sup>s</sup> damage with all other due damages &c. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

## EASTWICK agt. LEE

Pheasant Eastwick plaint. ag<sup>t</sup> John Lee Defend<sup>t</sup> in an action of debt of Forty Eight Shillings in mony as shall appeare by a note or otherwise upon the tryal of the case with all just damages &c. . . . The Jury . . . found for the plaint. Forty eight Shillings in mony & costs of Court allow<sup>d</sup> twenty six Shillings 8<sup>d</sup>

Execution issued 2<sup>d</sup> feb<sup>r</sup> 1677.  [486]